IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**'08 - CV - 01753**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -6 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. _____
(To be supplied by the court)

_Jury Trial Demand_

__Timothy Edward Holz__, Plaintiff,

v.

__United States of America__
__Harley G. Lappin, Rebecca Tamez, Michael Nallie,__
__H.A. Rios, Jr., J. Wilder, Ms. Barker__, Defendant(s).
__Mr. Vigil, Official & Individual Capacity Suit, et al;__

### PRISONER'S MOTION AND AFFIDAVIT
### FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

__Failure to remove my name from bop.gov website on a verified 323 transfer was "gross negligence," and "deliberate indifference to safety," see Farmer vs. Brenner, ?? S. Ct. ?, Also see Wilson vs. Seiter, 111 S. Ct. 2321; 115 L. Ed. 2d 271 "Failure To Protect"__

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

NONE

5. Are you in imminent danger of serious physical injury?

X Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

As long as my name remains in the bop.gov inmate locator website because of contract by gangs on my life and until I leave the FCC Coleman Complex Area

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on August 4th, 2008
(Date)

_Timothy Edward Hoy_
(Prisoner's Original Signature)

**Required Certification**

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                                        2

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 15079064 | Current Institution: | Coleman FCC |
| Inmate Name: | HOLZ, TIMOTHY | Housing Unit: | CLP-Z-A |
| Report Date: | 07/29/2008 | Living Quarters: | Z11-103UAD |
| Report Time: | 3:30:34 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9204 |
| PAC #: | 678431475 |
| FRP Participation Status: | No Obligation |
| Arrived From: | MCR |
| Transferred To: | |
| Account Creation Date: | 5/9/2002 |
| Local Account Activation Date: | 5/20/2008 3:34:25 AM |
| Sort Codes: | |
| Last Account Update: | 7/29/2008 3:40:28 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

#### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

### Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $20.00 |
| National 6 Months Withdrawals: | $34.95 |
| National 6 Months Avg Daily Balance: | $3.28 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.00 |

Inmate Qualifies for OTC Medication

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: 7/21/2008 8:20:40 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $250.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $250.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

# All Transactions



| Inmate Reg #: | 15079064 | Current Institution: | Coleman FCC |
| Inmate Name: | HOLZ, TIMOTHY | Housing Unit: | CLP-Z-A |
| Report Date: | 07/29/2008 | Living Quarters: | Z11-103UAD |
| Report Time: | 3:29:06 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/21/2008 8:20:40 PM | Sales | $0.00 | 117 | | $0.00 |
| 7/9/2008 3:38:04 PM | Sales | $0.00 | 54 | | $0.00 |
| 6/23/2008 7:27:01 PM | Sales | $0.00 | 76 | | $0.00 |
| 6/17/2008 5:44:52 PM | Sales | $0.00 | 117 | | $0.00 |
| 5/20/2008 3:34:25 AM | Transfer - In from TRUFACS | $0.00 | TX052008 | | $0.00 |

1