IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 01753 CBS

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 8 2008

GREGORY C. LANGHAM
CLERK

TIMOTHY EDWARD HOLZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
HARLEY G. LAPPIN,
REBECCA TAMEZ,
MICHAEL NALLIE,
H. A. RIOS, JR.,
J. WILNER,
MS. BARKER, and
MR. VIGIL, Official and Individual Capacity Suit,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO SHOW CAUSE

---

On August 6, 2008, Plaintiff Timothy Edward Holz submitted to the Court a *pro se* Prisoner Complaint Pursuant to 42 U.S.C. § 1983 and a Prisoner's Motion, a Prisoner Consent Form and Financial Certificate, and a Prisoner Complaint. The Clerk of the Court will be directed to commence a civil action, and Plaintiff will be instructed to show cause why the Complaint and action should not be denied pursuant to 28 U.S.C. § 1915(g).

Mr. Holz is a prisoner. He seeks leave to proceed without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In relevant part, § 1915 provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Mr. Holz, on three or more prior occasions, has brought an action in this Court that was dismissed on the grounds that it is frivolous. *See Holz v. Irvin, et al.*, No. 04-cv-00009-LJM-WTL (S. D. Ind. Dec. 9, 2004) (dismissed pursuant to 28 U.S.C. § 1915A and found to qualify as a strike under 28 U.S.C. § 1915(g)); *Holz v. Terre Haute Reg'l Hosp.*, No. 03-cv-00293-RLY-WGH (S. D. Ind. Dec. 9, 2003) (dismissed pursuant to 28 U.S.C. § 1915A and found to qualify as a strike under 28 U.S.C. § 1915(g)); *Holz v. Golish, et al.*, No. 04-cv-00054-LJM-WTL (S. D. Ind. Dec. 8, 2004) (dismissed pursuant to 28 U.S.C. § 1915A and found to qualify as a strike under 28 U.S.C. § 1915(g)); *Holz v. Olson, et al.*, No. 03-cv-00320-JDT-WTL (S. D. Ind. Dec. 7, 2004) (dismissed pursuant to 28 U.S.C. § 1915A and found to qualify as a strike under 28 U.S.C. § 1915(g)); *Holz v. Ramer, et al.*, No. 03-cv-00339-LJM-WTL (S. D. Ind. Apr. 28, 2004) (dismissed pursuant to 28 U.S.C. § 1915A and found to qualify as a strike under 28 U.S.C. § 1915(g)), *appeal dismissed*, No. 04-2236 (7th Cir. Sept. 20, 2004) (denied leave to proceed in forma pauperis and dismissed on appeal for failure to pay

filing fee); ***Holz v. U.S.P. Guard***, No. 03-cv-00289-RLY-WGH (S. D. Ind. Apr. 4, 2004) (dismissed pursuant to 28 U.S.C. § 1915A and found to qualify as a strike under 28 U.S.C. § 1915(g)), ***appeal dismissed***, No. 04-2088 (7th Cir. Dec. 10, 2004) (denied leave to proceed in forma pauperis and dismissed on appeal for failure to pay filing fee); ***Holz v. Olson, et al.***, No. 03-cv-00154-LJM-WTL (S. D. Ind. Aug. 13, 2003) (dismissed pursuant to 28 U.S.C. § 1915A and found to qualify as a strike under 28 U.S.C. § 1915(g)).

In response to the question on Page Two of the Prisoner's Motion and Affidavit form, as to whether Mr. Holz is in imminent danger of serious physical injury, Plaintiff answers that, [a]s long as my name remains in the bop.gov inmate locator website because of contract by gangs on my life and until I leave the FCC Coleman Complex area," he is in imminent danger. Because Plaintiff is incarcerated at the United States Penitentiary in Coleman, Florida, claims of imminent danger of serious physical injury more properly would be filed in the United States District Court for the Middle District of Florida, Ocala Division, the federal district and division in which USP Coleman is located. Therefore, Plaintiff will be ordered to show cause why he should not be denied leave to proceed *in forma pauperis* because he is subject to the filing restrictions in 28 U.S.C. § 1915(g). Accordingly, it is

ORDERED that Plaintiff show cause in writing **within thirty days from the date of this Order** why he should not be denied leave to proceed *in forma pauperis*, because he is subject to the filing restrictions in 28 U.S.C. § 1915(g). It is

FURTHER ORDERED that if Plaintiff fails to show cause within the time allowed he will be denied leave to proceed *in forma pauperis*.

DATED at Denver, Colorado, this 14th day of March, 2008.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 01753

Timothy Edward Holz
Reg. No. 15079-064
USP- Coleman
PO Box 1034
Coleman, FL 33531

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on   8/18/08  

                                  GREGORY C. LANGHAM, CLERK

                                  By: _____
                                               Deputy Clerk