**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

'08 - CV - 01753

FILED
ES DISTRICT COURT
R, COLORADO

1 8 2008

*Timothy Edward Holz*
PLAINTIFF

GREGORY C. LANGHAM
CLERK

v.                                    Case No. _____

*Harley G. Lappin, et al,*
DEFENDANT

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -6 2008

GREGORY C. LANGHAM
CLERK

**PRISONER CONSENT FORM**
**AND FINANCIAL CERTIFICATE**

I, *Timothy E. Holz*, Plaintiff in the above-entitled action, understand that:

1.    If I submit a civil complaint (for example, a civil rights action under 42 U.S.C. § 1983 or 28 U.S.C. § 1331), pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), **I must pay the $350.00 filing fee in full.**  This means that, regardless of the Court's disposition of my case (which may include dismissal), I AM STILL OBLIGATED TO PAY THE ENTIRE $350.00 FILING FEE; and

2.    I must request that an authorized official at my present place of confinement complete the Financial Certificate below and attach a computer printout reflecting all transactions in my prison account for the six month period preceding the filing of my complaint.  If I have not been incarcerated at this institution for six months, I must also obtain account printout(s) **from each penal facility** at which I may have been confined during the relevant six month period and provide the printout(s) to the authorized official completing my Financial Certificate.  If I fail to provide printouts for the entire six month period or do not satisfactorily explain my inability to do so to the Court, my motion to proceed on appeal *in forma pauperis* may be denied; and

3.    The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to forward to the Court an initial partial filing fee, which shall be 20% of my average monthly balance (line #2 of the Financial Certificate, below) or the average monthly deposits to my account (line #3 of the Financial Certificate, below), whichever is greater; and

4.    The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to make additional monthly payments from my account until the balance of the required

$350.00 filing fee is paid.  These additional monthly payments will be equal
to 20% of all of the preceding month's deposits to my account.  Institution
officials shall submit these monthly payments directly to the Court whenever
the funds in my account exceed $10.00 until the full filing fee is paid.

_Timothy E. Holz_                          _July 14th, 2008_
     **Signature of Prisoner**                       **Date** _August 4th, 2008_

_Timothy E. Holz_                          _15079-064_
     **Prisoner's Name (print)**                    **Prisoner Number**

***************************************************************************
***

## FINANCIAL CERTIFICATE

(To Be Completed by Authorized Penal Official)

COMPUTER PRINTOUT(S) REFLECTING ALL TRANSACTIONS IN THE
INMATE'S PRISON ACCOUNT(S) FOR THE PRECEDING SIX MONTHS **MUST** BE ATTACHED


1.    CURRENT ACCOUNT BALANCE                          _____

2.    AVERAGE MONTHLY BALANCE FOR PRECEDING SIX MONTHS   _____

3.    AVERAGE MONTHLY DEPOSITS FOR PRECEDING SIX MONTHS  _____

4.    INITIAL FILING FEE: 20% of the greater of #2 or #3_____
       (Subject to verification by the Court.)

# Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 15079064 | Current Institution: | Coleman FCC |
| Inmate Name: | HOLZ, TIMOTHY | Housing Unit: | CLP-Z-A |
| Report Date: | 07/29/2008 | Living Quarters: | Z11-103UAD |
| Report Time: | 3:30:34 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9204 |
| PAC #: | 678431475 |
| FRP Participation Status: | No Obligation |
| Arrived From: | MCR |
| Transferred To: | |
| Account Creation Date: | 5/9/2002 |
| Local Account Activation Date: | 5/20/2008 3:34:25 AM |
| Sort Codes: | |
| Last Account Update: | 7/29/2008 3:40:28 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $20.00 |
| National 6 Months Withdrawals: | $34.95 |
| National 6 Months Avg Daily Balance: | $3.28 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.00 |
| Inmate Qualifies for OTC Medication | |

This Inmate is Indigent

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $0.00 |
| Last Sales Date: | 7/21/2008 8:20:40 PM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $250.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $250.00 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

ViewAllTransCombined

## All Transactions



| | | | |
|---|---|---|---|
| Inmate Reg #: | 15079064 | Current Institution: | Coleman FCC |
| Inmate Name: | HOLZ, TIMOTHY | Housing Unit: | CLP-Z-A |
| Report Date: | 07/29/2008 | Living Quarters: | Z11-103UAD |
| Report Time: | 3:30:50 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 7/21/2008 8:20:40 PM | Sales | $0.00 | 117 | | $0.00 |
| 7/9/2008 3:38:04 PM | Sales | $0.00 | 54 | | $0.00 |
| 6/23/2008 7:27:01 PM | Sales | $0.00 | 76 | | $0.00 |
| 6/17/2008 5:44:52 PM | Sales | $0.00 | 117 | | $0.00 |
| 5/20/2008 3:34:25 AM | Transfer - In from TRUFACS | $0.00 | TX052008 | | $0.00 |

1