Court's Copy

In The United States District Court
For The District Of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2008

GREGORY C. LANGHAM
CLERK

Timothy Edward Holz,

Plaintiff,

v.

No. 08-CV-01753

Jury Trial Demand

United States Of America, et al;

Defendants,

Notice Of Interlocutory Appeal Of Order Directing Plaintiff To Show Cause Issued On 8-14-08 To The Tenth Circuit United States Court Of Appeals

Plaintiff Holz now files notice of 'Interlocutory Appeal' of this court's 8-14-08 Order Directing Plaintiff To Show Cause why he should not be denied leave to proceed in Forma Pauperis as he is subject to 28 U.S.C. § 1915(g).

Plaintiff requests the entire record which includes the actual complaint be immediately transmitted to the Tenth Circuit U.S. Court Of Appeals.

8-21-08

Timothy E. Holz