

Mr Tim Holz #15079-064
United States Penitentiary II
P.O. Box 1034
Coleman, Florida 33521

08cv1753

Legal Mail

Office Of The Clerk
United States District Court
Alfred A. Arraj Courthouse
901 - 19th Street Room A105
Denver, Colorado 80294-3589

Legal Mail

placed in the institutional mailbox on 8-21-08

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2008

GREGORY C. LANGHAM
         CLERK

Legal Mail

Legal Mail placed in the institutional mail on 8-21-08

Legal