IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01753-BNB

TIMOTHY EDWARD HOLZ,

     Plaintiff,

v.

UNITED STATES OF AMERICA,
HARLEY G. LAPPIN,
REBECCA TAMEZ,
MICHAEL NALLIE,
H. A. RIOS, JR.,
J. WILNER,
MS. BARKER, and
MR. VIGIL, Official and Individual Capacity Suit,

     Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 5 2008

GREGORY C. LANGHAM
                               **CLERK**

ORDER OF DISMISSAL

On September 25, 2008, Plaintiff Timothy Edward Holz, a federal prisoner
currently incarcerated at a federal prison facility in Coleman, Florida, was denied leave
to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action, because he
is subject to the filing restrictions in § 1915(g). Mr. Holz, also, was instructed to pay the
entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action.
He was warned that if he failed to pay the filing fee within thirty days the Complaint and
the action would be dismissed.

As opposed to paying the filing fee, Plaintiff filed two separate Notices of
Interlocutory Appeal with the United States Court of Appeals for the Tenth Circuit on

October 3 and 15, 2008. Plaintiff now has failed to pay the filing fee within the time allowed. Therefore, the Complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice because Plaintiff failed to pay the $350.00 filing fee in full within the time allowed. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 4 day of _____ Nov. _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01753-BNB

Timothy Edward Holz
Reg. No. 15079-064
USP- Coleman
PO Box 1034
Coleman, FL 33531

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  11 5 08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk