IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01753-ZLW

TIMOTHY EDWARD HOLZ,

        Plaintiff,

v.

UNITED STATES OF AMERICA,
HARLEY G. LAPPIN,
REBECCA TAMEZ,
MICHAEL NALLIE,
H.A. RIOS, JR.,
J. WILNER,
MS. BARKER, and
MR. VIGIL, Official and Individual Capacity Suit,

        Defendants.

_____

ORDER TO CURE DEFICIENCY
_____

Weinshienk, Senior Judge

        Plaintiff submitted a Notice of Interlocutory Appeal on December 22, 2008. The court has

determined that the document is deficient as described in this order. Plaintiff will be directed to cure

the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
      X     is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
        and Fed. R. App. P. 24**:
      X     is not submitted
      __     is missing affidavit
      __     is missing certified copy of prisoner's trust fund statement for the 6-month period
             immediately preceding this filing
      __     is missing required financial information
      __     is missing an original signature by the prisoner

1

  __       is not on proper form (must use the court's current form)

  __       other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  7  day of    January            , 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court